AO ___    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

EASTERN     ~~FILED~~     ARKANSAS

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

UNITED STATES OF AMERICA

**FEB 15 2008**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**v.**

ORDER REGARDING MOTION FOR SENTENCE
REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

KENYATTA D. GREEN

| | |
|---|---|
| Case Number: | 4:01CR00212-005 SWW |
| USM Number: | 22555-009 |

**Date of Original Judgment:**    11-17-2004
(Or Date of Last Amended Judgment)

Jerome T. Kearney (FPD) - (At Orig. Sentencing)
Defendant's Attorney

Upon motion of ☐ the defendant    ☐ the Director of the Bureau of Prisons    **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    ☐ DENIED.

    **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
    __70__ months is reduced to **TIME SERVED AS OF MARCH 3, 2008** .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): ____31____     Amended Offense Level: ____29____
Criminal History Category: ____I____     Criminal History Category: ____I____
Previous Guideline Range: _108_ to _135_ months     Amended Guideline Range: _87_ to _108_ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

   The reduced sentence is within the amended guideline range.

☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
     at the time of sentencing and the reduced sentence is below the amended guideline range.

**X** Other (specify): **The reduced sentence is consistent with the Rule 35 reduction previously imposed
(65% of the originally imposed guideline sentence of 108 months).**

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated _11/17/2004_ shall remain in effect.
**IT IS SO ORDERED.**

_2-15-08_
Order Date

Susan Webber Wright
Signature of Judge

____March 3, 2008____
Effective Date (if delayed)

____Susan Webber Wright. District Judge____
Name and Title of Judge